1  KEVIN RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   SCOTT G. MAZZOLA
6  Law Clerk

7     450 Golden Gate Avenue, 11th Floor
      San Francisco, California  94102
8     Telephone:  (415) 436-6488
      Fax:  (415) 436-7234
9     Email: Derek.Owens@usdoj.gov

10
   Attorneys for Plaintiff
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16
   UNITED STATES OF AMERICA,    )   CR No.: 05-00642 MAG
17                              )
                                )
18        Plaintiff,             )  STIPULATION AND [PROPOSED]
                                )   ORDER EXCLUDING TIME
19        v.                    )
                                )
20 SAUL JUAREZ,                 )
                                )
21                              )
          Defendant.            )
22 _____)

23     On December 8, 2005, the parties in this case appeared before the Court for a status

24 conference.  At that time, the parties stipulated that time should be excluded from the Speedy

25 Trial Act calculations from December 8, 2005 to January 26, 2006 for continuity of counsel and

26 for effective preparation of defense counsel.  The parties represented that granting the

27 continuance was the reasonable time necessary for effective preparation of counsel for the

28 Government, taking into account the exercise of due diligence.  See 18 U.S.C. §

Stipulation and [Proposed] Order

1  3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
2  continuance outweighed the best interests of the public and the defendant in a speedy trial.  See
3  18 U.S.C. § 3161(h)(8)(A).
4  SO STIPULATED:

5                                             KEVIN V. RYAN
                                               United States Attorney
6
               2/1/06                          /s/ Derek R. Owens
7  DATED: _____         _____
                                               DEREK R. OWENS
8                                              Special Assistant United States Attorney

9              2/1/06                          /s/ Ronald C. Tyler
   DATED: _____         _____
10                                             RONALD C. TYLER
                                               Attorney for Mr. Juarez
11

12      As the Court found on December 8, 2005, and for the reasons stated above, the Court finds
13  that an exclusion of time between December 8, 2005 and January 26, 2006 is warranted and that
14  the ends of justice served by the continuance outweigh the best interests of the public and the
15  defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested
16  continuance would deny defense counsel the reasonable time necessary for effective preparation,
17  taking into account the exercise of due diligence, and would result in a miscarriage of justice.
18  See 18 U.S.C. §3161(h)(8)(B)(iv).

19

20  SO ORDERED.

21  DATED: February 7, 2006
                                      _____
22                                    JAMES LARSON
                                      United States Magistrate Judge

*IT IS SO ORDERED* — Judge James Larson, United States District Court, Northern District of California

Stipulation and [Proposed] Order